IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN NOW,

    Plaintiff,

  v.

JESSE KREMER, JOHN NYGREN, and
ROBIN VOS, in their official capacities,

    Defendants.

Case No. 17-cv-820-wmc

FINAL JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that declaratory judgment is entered in favor of plaintiff One Wisconsin Now and against defendants Jesse Kremer, John Nygren, and Robin Vos, finding that defendants blocked plaintiff from their respective government Twitter accounts in violation of plaintiff's First Amendment rights.

Approved as to form this 20th day of May, 2019.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

5/20/19
Date